**Aaron Slater**
10175 S. W. 20 Street
Davie, FL  33324

April 15, 2010

Mr. Lizardo Vargas
Value Investments Group Ltd.
Lima, Peru

      RE:    Pedregal Mandate

Dear Mr. Vargas:

    This letter confirms the agreement between Aaron Slater (the "Advisor") and Value Investments Group Ltd. ("Valinvest") with respect to the mandate letter (the "Mandate Letter") entered into between Valinvest and Asociación Editorial Stella ("Stella") concerning a sale or other Transaction involving Pedregal (the "Company"). Capitalized terms used but not defined in this letter have the meanings given to them in the Mandate Letter

    The Advisor has agreed to advise and assist Valinvest in arranging and consummating a Transaction involving the Company in accordance with the terms of the Mandate Letter.  To this end, the Advisor will use commercially reasonable efforts to bring about a Transaction, subject to the right of the Shareholders to accept or reject the terms of any Transaction in their discretion.

    Like Valinvest, the Advisor will rely upon information provided by the Company and the Shareholders in performing his obligations pursuant to this letter.  Valinvest is entitled to the protection afforded by certain indemnities and limitations of liability set forth in the Mandate Letter and agrees to extend all of the same protections to the Advisor to the same extent as though the Advisor were "standing in the shoes of" Valinvest pursuant to the Mandate Letter.  Therefore, the Advisor shall be entitled to indemnification, releases from liability and similar protections from Valinvest coextensive with those set forth in the Mandate Letter, and, to the extent Valinvest incurs any liability as a result of this paragraph, Valinvest shall be responsible for seeking corresponding recovery from the Shareholders pursuant to applicable provisions of the Mandate Letter.

    For the services rendered by the Advisor pursuant to this letter, Valinvest agrees to pay the Advisor fifty percent (50%) of all retainer fee payments received by Valinvest pursuant to paragraph 2(a) of the Mandate Letter, and forty-three percent (43%) of all Success Fee payments received by Valinvest pursuant to paragraph 2(b) of the Mandate Letter, in each case regardless of whether such payments are received prior to or following termination of the Mandate Letter.  In addition, Valinvest will be responsible

Value Investments Group Ltd.
April 15, 2010
Page 2 of 2

for paying or reimbursing all of the Advisor's reasonable expenses relating to the Advisor's services pursuant to this letter, including those relating to travel, legal, etc.; <u>provided however</u>, that the Advisor will seek prior approval from Valinvest for any individual expenses that exceed US$1,000 (one thousand dollars), and the Advisor will work on a best efforts basis to cap his expenses so as not to exceed US$35,000 (thirty-five thousand dollars) in the aggregate.

      Valinvest understands and agrees that the Advisor may, in his discretion, form a company, wholly owned by the Advisor, for purposes of performing his duties under this letter and that, if he does so, he may assign all of his rights and obligations under this letter to that company. Any transfer of shares of such company during the term of this letter will require prior approval from Valinvest.

      The parties acknowledge that the Advisor is a resident of the United States and will perform the vast majority of the services required of him pursuant to this letter from outside of Peru. In light of this fact, Valinvest and the Advisor will cooperate with one another on a best efforts basis to ensure that payments made to the Advisor pursuant to this letter do not subject the Advisor to taxation in Peru and are made in such a manner as to be free and clear of withholding in respect of Peruvian taxation. In the event taxes are due in Peru in respect of any such payments to the Advisor, payment of such taxes will be solely the responsibility of the Advisor.

      This letter encompasses the parties' entire agreement with respect to its subject matter, and neither party shall have any liability to the other outside of this letter. This letter will be governed by the laws of the State of Florida.

      Please confirm your acceptance by signing on the line below.

                                      Sincerely yours,

                                      Aaron Slater


**AGREED AND ACCEPTED:**

VALUE INVESTMENTS GROUP LTD.

By: _____
     Lizardo Vargas, Director

MIADOCS 4284067 1